NUMBER 13-02-117-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


ALFONSO LARASQUITO , Appellant,


v.



RENDA MARINE, INC., Appellee.

__________________________________________________________________


On appeal from the 357th District Court 

 of Cameron County, Texas

__________________________________________________________________


O P I N I O N 


Before Chief Justice Valdez and Justices Hinojosa and Yanez 

Opinion Per Curiam


Appellant, ALFONSO LARASQUITO , attempted to perfect an appeal from a judgment entered by the 357th District Court
of Cameron County, Texas. On January 25, 2002 , the trial court granted appellant's motion for new trial. Appellee has
filed a motion to dismiss the appeal.

The Court, having examined and fully considered the documents on file, the trial court's order granting a new trial, and
appellee's motion to dismiss, is of the opinion that the appeal should be dismissed for want of jurisdiction. Appellee's
motion to dismiss the appeal is GRANTED, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 28th day of March, 2002 .